**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Fashun Burgess, Appellant.

Appellate Case No. 2017-002222

———————————

Appeal From Florence County
Michael G. Nettles, Circuit Court Judge

———————————

Unpublished Opinion No. 2019-UP-187
Submitted April 1, 2019 – Filed May 29, 2019

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Susan Barber Hackett, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., both of Columbia, for Respondent.

———————————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.